UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL NO. 08-093 (RJL) |
| v. | : |
| JOHN STAGLIANO<br>JOHN STAGLIANO, INC.<br>EVIL ANGEL PRODUCTIONS, INC. | : |
| Defendants. | : |

NOTICE OF APPEARANCE

The United States of America, by and through its attorneys, the United States Attorney for the District of Columbia, the Director of the Obscenity Prosecution Task Force, Criminal Division, United States Department of Justice, and Department of Justice Trial Attorney Pamela S. Satterfield, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

BRENT D. WARD
Director, Obscenity Prosecution Task Force
United States Department of Justice, Criminal
Division

_____
PAMELA S. SATTERFIELD
Trial Attorney, Obscenity Prosecution Task Force
United States Department of Justice, Criminal
Division
1301 New York Avenue, N.W.
Suite 500
Washington, D.C. 20530
(202) 353-2485
Pamela.satterfield@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing notice has been emailed to Alan Gelbarg, Esquire, at xxxesq@aol.com, this 15th day of April, 2008.

_____
PAMELA S. SATTERFIELD
Trial Attorney