NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                        Criminal Number  08-093 RJL

John Stagliano, John Stagliano, Inc. and Evil Angel Productions, Inc.
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Robert Corn-Revere (D.C. Bar No. 375415)
(Attorney & Bar ID Number)

Davis Wright Tremaine LLP
(Firm Name)

1919 Pennsylvania Ave., N.W.
(Street Address)

Washington,      D.C.      20006
(City)            (State)     (Zip)

(202) 973-4200
(Telephone Number)