UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOHN STAGLIANO, JOHN STAGLIANO, INC.,<br>and EVIL ANGEL PRODUCTIONS, INC.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)   **Criminal No. 08-093 RJL**<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO ADMIT ALLAN B. GELBARD, ESQ. *PRO HAC VICE***

The undersigned, Robert Corn-Revere, an attorney admitted to the Bar of this Court and in good standing, respectfully moves pursuant LCrR 44.1(d) for the admission of Allan B. Gelbard, Esq., *pro hac vice*, as counsel for Defendants John Stagliano, John Stagliano, Inc., and Evil Angel Productions, Inc. in this proceeding.  As grounds therefore, movant states:

　　1.　　Mr. Gelbard is a member in good standing of the Bar of the State of California. He is also admitted to practice before the United States District Courts for the Central and Northern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court.

　　2.　　Mr. Gelbard is an experienced attorney and litigator, and he is a chosen representative of the Defendants.

　　3.　　Mr. Gelbard is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association.

　　4.　　Movant is satisfied that Mr. Gelbard possesses the character and skills required of a member of the Bar of this Court.

5. In support of this Motion, attached is the Declaration of Allan B. Gelbard, Esq. in compliance with LCrR 44.1(d).

WHEREFORE, Movant requests admission of Allan B. Gelbard, Esq., *pro hac vice* as representative of Defendants in this proceeding.

Dated: April 18, 2008

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

_____/s/ Robert Corn-Revere_____
Robert Corn-Revere (DC Bar No. 375415)
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
(202) 973-4200

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2008, copies of the foregoing MOTION TO ADMIT ALLAN B. GELBARD, ESQ. *PRO HAC VICE,* Declaration of Allan B. Gelbard and proposed Order were served upon the following via the Court's ECF system:

>Pamela Satterfield
>United States Department of Justice
>1301 New York Avenue
>Suite 560
>Washington, DC  20530

                                                                         /s/
                                                    Robert Corn-Revere

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
                                                                    )
UNITED STATES OF AMERICA,               )
                                                                    )
    Plaintiff,                                           )
                                                                    )
v.                                                                 )    **Criminal No. 08-093 RJL**
                                                                    )
JOHN STAGLIANO, JOHN STAGLIANO, INC., )
and EVIL ANGEL PRODUCTIONS, INC.,       )
                                                                    )
    Defendants.                                       )
_____ )

## DECLARATION OF ALLAN B. GELBARD

I, Allan B. Gelbard do hereby declare:

1.    That my full legal name is Allan Benjamin Gelbard.

2.    My office address is 15760 Ventura Blvd., Suite 801 Encino, California 91436. My telephone number is (818)386-9200, My telefax number is (818)386-9289.

3.    I am an attorney, admitted to practice by the Supreme Court of the State of California. My California Bar Number is 184971.  I am a member in good standing of the bars of the State of California, the United States District Courts for the Central and Northern Districts of California, the Ninth Circuit Court of Appeals and the United States Supreme Court.

4.    I certify that I have never been disciplined by the Bar of any court.

5.    I have never before appeared *Pro Hac Vice* in the District Court for the District of Columbia.

6.    I do not reside in the District of Columbia, nor am I employed in nor do I regularly practice law in the District of Columbia.  I do not presently have an application pending with the Bar of the District of Columbia.

7.    If permitted by this Court to do so, it is my intention to represent John Stagliano in *United States v. Stagliano, et al.*, Case # 08-093. I have spoken with Pamela Satterfield

pertaining to my application to appear *Pro Hac Vice* and am informed that the Government does not intend to oppose this application.

       8.     I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration was executed this 18th day of April, 2008 at Encino, California.

                                    s/Allan B. Gelbard, Esq.
                                    Allan B. Gelbard, Esq.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
        Plaintiff,                        )
                                          )   **Criminal No. 08-093 RJL**
v.                                        )
                                          )
JOHN STAGLIANO, JOHN STAGLIANO, INC.,     )
and EVIL ANGEL PRODUCTIONS, INC.,         )
                                          )
        Defendants.                       )
_____ )

**ORDER GRANTING MOTION TO ADMIT
ALLAN B. GELBARD, ESQ.** *PRO HAC VICE*

     IT IS HEREBY ORDERED that the Motion to Admit Allan B. Gelbard, Esq. *Pro Hac Vice* is granted.


Dated: _____          _____
                                       United States District Court Judge