UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JOHN STAGLIANO, JOHN STAGLIANO, INC., and EVIL ANGEL PRODUCTIONS, INC.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)　**Criminal No. 08-093 RJL**<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO ADMIT PAUL J. CAMBRIA, JR., ESQ. *PRO HAC VICE***

　　The undersigned, Robert Corn-Revere, an attorney admitted to the Bar of this Court and in good standing, respectfully moves pursuant LCrR 44.1(d) for the admission of Paul J. Cambria, Jr., *pro hac vice*, as counsel for Defendant Evil Angel Productions, Inc. in this proceeding. As grounds therefor, movant states:

　　1.　Mr. Cambria is a member in good standing of the Bar of the State of New York. He is also admitted to practice before sixteen federal courts, listed in the attached declaration.

　　2.　Mr. Cambria is an experienced attorney and litigator, and he is a chosen representative of Evil Angel Productions, Inc.

　　3.　Mr. Cambria is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association.

　　4.　Movant is satisfied that Mr. Cambria possesses the character and skills required of a member of the Bar of this Court.

　　5.　In support of this Motion, attached is the Declaration of Paul J. Cambria, Jr. in compliance with LCrR 44.1(d).

WHEREFORE, Movant requests admission of Paul J. Cambria, Jr., Esq. *pro hac vice* as representative of Defendants in this proceeding.

Dated:  April 24, 2008

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

_____/s/ Robert Corn-Revere_____
Robert Corn-Revere (DC Bar No. 375415)
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C.  20006
(202) 973-4200

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2008, copies of the foregoing MOTION TO ADMIT PAUL J. CAMBRIA, ESQ. *PRO HAC VICE,* Verified Application of Paul J. Cambria, and proposed Order were served upon the following via the Court's ECF system:

>   Pamela Satterfield
>   United States Department of Justice
>   1301 New York Avenue
>   Suite 560
>   Washington, DC  20530

                                              /s/
                                              Robert Corn-Revere

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

                *Plaintiff,*

v.                                       Criminal No. 08-093RJL

JOHN STAGLIANO,
JOHN STAGLIANO, INC.
EVIL ANGEL PRODUCTIONS, INC.,

                *Defendants.*

---

**VERIFIED APPLICATION FOR ADMISSION PRO HAC VICE**

Comes now PAUL J. CAMBRIA, JR., Petitioner respectfully represents to the Court:

1. That Petitioner has been retained by the defendant in this action, Evil Angel Productions to provide legal representation in connection with the above-entitled case now pending before this Court.

2. That Petitioner is a senior partner at the law firm of Lipsitz Green Scime Cambria LLP, with offices at 42 Delaware Avenue, Suite 120, Buffalo, New York 14202, (716) 849-1333, email address is pcambria@lglaw.com

3. That since 1973, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York where Petitioner regularly practices law.

4. That since 1982, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California.

5. That Petitioner is admitted to practice before the following courts:

| **COURTS ADMITTED TO PRACTICE** | **DATE ADMITTED** |
|---|---|
| United States Supreme Court | June 19, 1978 |
| Second Circuit Court of Appeals | September 1, 1978 |
| Third Circuit Court of Appeals | June 13, 1984 |
| Fourth Circuit Court of Appeals | February 12, 1986 |
| Fifth Circuit Court of Appeals | June 22, 1987 |
| Sixth Circuit Court of Appeals | October 9, 1987 |
| Tenth Circuit Court of Appeals | February 15, 2006 |
| Eleventh Circuit Court of Appeals | January 19, 1988 |
| United States District Court for the Northern District of Ohio | August 23, 1985 |
| United States District Court for the Northern District of New York | October 7, 1980 |
| United States District Court for the Northern District of California | January 12, 1982 |
| United States District Court for the Western District of New York | February 23, 1973 |
| United States District Court for the Southern District of New York | August 15, 1988 |
| United States District Court for the Eastern District of New York | December 26, 1985 |
| New York State Supreme Court, Appellate Division, Fourth Department | February 20, 1973 |
| United States Court of Appeals District of Columbia Circuit | April 15, 2003 |

    6.    I am a member in good standing of each of the above bars.

7.   I have not been the subject of prior discipline, including but not limited to suspension or disbarment, in any jurisdiction.

8.   No disciplinary action or investigation is currently pending against me in any jurisdiction.

9.   Within the preceding two years, I have not been admitted pro hac vice in the United States District Court for the District of Columbia.

10.   That Petitioner is not a member of the District of Columbia Bar and does not engage in the practice of law from an office located in the District of Columbia.

11.   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

I, the undersigned, swear or affirm that all of the above information is true and correct to the best of knowledge.

Respectfully submitted,

By: *[signature]*

Paul J. Cambria, Jr.
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Tel: 716-849-1333
E-mail: pcambria@lglaw.com

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN STAGLIANO, JOHN STAGLIANO, INC.,
and EVIL ANGEL PRODUCTIONS, INC.,

    Defendants.

Criminal No. 08-093 RJL

**ORDER GRANTING MOTION TO ADMIT
PAUL J. CAMBRIA, JR., ESQ. *PRO HAC VICE***

IT IS HEREBY ORDERED that the Motion to Admit Paul J. Cambria, Jr., Esq. *Pro Hac Vice* is granted.

Dated: _____

                                                    _____
                                                    United States District Court Judge