## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 08-093 RJL |
| JOHN STAGLIANO, JOHN STAGLIANO, INC., and EVIL ANGEL PRODUCTIONS, INC., | ) |
| Defendants. | ) |

### MOTION TO ADMIT JENNIFER M. KINSLEY, ESQ. *PRO HAC VICE*

The undersigned, Robert Corn-Revere, an attorney admitted to the Bar of this Court and in good standing, respectfully moves pursuant LCrR 44.1(d) for the admission of Jennifer M. Kinsley, Esq., *pro hac vice*, as counsel for Defendant John Stagliano, Inc. in this proceeding. As grounds therefor, movant states:

1. Ms. Kinsley is a member in good standing of the Bar of the State of Ohio. She is also admitted to practice before the United States District Court for the Southern District of Ohio, United States Court of Appeals for the Third, Fifth, Sixth, Tenth and Eleventh Circuits, District of Colorado and the Supreme Court of Ohio.

2. Ms. Kinsley is an experienced attorney and litigator, and she is a chosen representative of John Stagliano, Inc.

3. Ms. Kinsley is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association.

4. Movant is satisfied that Ms. Kinsley possesses the character and skills required of a member of the Bar of this Court.

5.     In support of this Motion, attached is the Declaration of Jennifer M. Kinsley, Esq. in compliance with LCrR 44.1(d).

WHEREFORE, Movant requests admission of Jennifer M. Kinsley, Esq., *pro hac vice* as representative of Defendants in this proceeding.

Dated:  April 24, 2008

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

_____/s/ Robert Corn-Revere_____
Robert Corn-Revere (DC Bar No. 375415)
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C.  20006
(202) 973-4200

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2008, copies of the foregoing MOTION TO ADMIT JENNIFER M. KINSLEY, ESQ. *PRO HAC VICE,* Declaration of Jennifer M. Kinsley and proposed Order were served upon the following via the Court's ECF system:

> Pamela Satterfield
> United States Department of Justice
> 1301 New York Avenue
> Suite 560
> Washington, DC  20530

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　Robert Corn-Revere

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>JOHN STAGLIANO, JOHN STAGLIANO, INC.,  )<br>and EVIL ANGEL PRODUCTIONS, INC.,   )<br>   )<br>   Defendants.   )<br>   ) | Criminal No. 08-093 RJL |

**DECLARATION OF JENNIFER M. KINSLEY**

I, Jennifer M. Kinsley do hereby declare:

1. That my full legal name is Jennifer Marie Kinsley.

2. My office address is Sirkin Pinales & Schwartz LLP, 105 West Fourth Street, Suite 920, Cincinnati, Ohio 45202. My telephone number is (513) 721-4876. My telefax number is (513) 721-0876.

3. I am an attorney, admitted to practice in the State of Ohio. My Ohio Bar Number is 0071629. I am a member in good standing of the bars of the State of Ohio, the United States District Court for the Southern District of Ohio, United States Court of Appeals for the Third, Fifth, Sixth, Tenth and Eleventh Circuits, District of Colorado and the Supreme Court of Ohio.

4. I certify that I have never been disciplined by the Bar of any court.

5. I have not been admitted to practice *pro hac vice* before this Court in the preceding two years.

6. I do not reside in the District of Columbia, nor am I employed in nor do I regularly practice law in the District of Columbia. I do not presently have an application pending with the Bar of the District of Columbia.

7.    I declare under penalty of perjury under the laws of the State of Ohio and the United States that the foregoing is true and correct, and that this declaration was executed this 23rd day of April, 2008 at Cincinnati, Ohio.

                                                                                                        s/ Jennifer M. Kinsley, Esq.
                                                                                                         Jennifer M. Kinsley, Esq.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN STAGLIANO, JOHN STAGLIANO, INC., and EVIL ANGEL PRODUCTIONS, INC.,<br><br>  Defendants. | **Criminal No. 08-093 RJL** |

ORDER GRANTING MOTION TO ADMIT
JENNIFER M. KINSLEY, ESQ. *PRO HAC VICE*

IT IS HEREBY ORDERED that the Motion to Admit Jennifer M. Kinsley, Esq. *Pro Hac Vice* is granted.

Dated: _____        _____
                                  United States District Court Judge