## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

_____
)
UNITED STATES OF AMERICA,            )
                                  )
     Plaintiff,                )
                                  )
v.                              )    **Criminal No. 08-093 RJL**
                                  )
JOHN STAGLIANO, JOHN STAGLIANO, INC.,  )
and EVIL ANGEL PRODUCTIONS, INC.,     )
                                  )
     Defendants.             )
_____)

## MOTION TO ADMIT H. LOUIS SIRKIN, ESQ. *PRO HAC VICE*

The undersigned, Robert Corn-Revere, an attorney admitted to the Bar of this Court and in good standing, respectfully moves pursuant LCrR 44.1(d) for the admission of H. Louis Sirkin, Esq., *pro hac vice*, as counsel for Defendant John Stagliano, Inc. in this proceeding.  As grounds therefor, movant states:

1.      Mr. Sirkin is a member in good standing of the Bar of the State of Ohio.  He is also admitted to practice before the Supreme Court of the United States, the United States Court of Appeals for the Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth and Eleventh Circuits, the United States District Court for the Northern and Southern Districts of Ohio, the Eastern District of Kentucky, Eastern District of Michigan, District of Colorado, and the United States Tax Court.

2.      Mr. Sirkin is an experienced attorney and litigator, and he is a chosen representative of John Stagliano, Inc.

3.      Mr. Sirkin is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association.

4.      Movant is satisfied that Mr. Sirkin possesses the character and skills required of a member of the Bar of this Court.

5.      In support of this Motion, attached is the Declaration of H. Louis Sirkin, Esq. in compliance with LCrR 44.1(d).

WHEREFORE, Movant requests admission of H. Louis Sirkin, Esq. *pro hac vice* as representative of Defendants in this proceeding.

Dated:  April 24, 2008

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP


_____/s/ Robert Corn-Revere_____
Robert Corn-Revere (DC Bar No. 375415)
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C.  20006
(202) 973-4200

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2008, copies of the foregoing MOTION

TO ADMIT H. LOUIS SIRKIN, ESQ. *PRO HAC VICE,* Declaration of H. Louis Sirkin and

proposed Order were served upon the following via the Court's ECF system:

> Pamela Satterfield
> United States Department of Justice
> 1301 New York Avenue
> Suite 560
> Washington, DC  20530

_____/s/_____
Robert Corn-Revere

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            )
                                     )
    Plaintiff,     )
                                     )
v.                                   )    **Criminal No. 08-093 RJL**
                                     )
JOHN STAGLIANO, JOHN STAGLIANO, INC., )
and EVIL ANGEL PRODUCTIONS, INC.,    )
                                     )
    Defendants.    )
                                     )

## DECLARATION OF H. LOUIS SIRKIN

I, H. Louis Sirkin do hereby declare:

1.    That my full legal name is Henry Louis Sirkin.

2.    My office address is Sirkin Pinales & Schwartz LLP, 105 West Fourth Street, Suite 920, Cincinnati, Ohio 45202. My telephone number is (513) 721-4876. My telefax number is (513) 721-0876.

3.    I am an attorney, admitted to practice in the State of Ohio. My Ohio Bar Number is 0024573. I am a member in good standing of the bars of the State of Ohio, the Supreme Court of the United States, the United States Court of Appeals for the Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth and Eleventh Circuits, the United States District Court for the Northern and Southern Districts of Ohio, the Eastern District of Kentucky, Eastern District of Michigan, District of Colorado, and the United States Tax Court.

4.    I certify that I have never been disciplined by the Bar of any court.

5.    I have not been admitted to practice *pro hac vice* before this Court in the preceding two years.

6.    I do not reside in the District of Columbia, nor am I employed in nor do I regularly practice law in the District of Columbia.  I do not presently have an application pending with the Bar of the District of Columbia.

I declare under penalty of perjury under the laws of the State of Ohio and the United States that the foregoing is true and correct, and that this declaration was executed this 23rd day of April, 2008 at Cincinnati, Ohio.

s/ H. Louis Sirkin, Esq.
H. Louis Sirkin, Esq.

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )    **Criminal No. 08-093 RJL**
    )
v.    )
    )
JOHN STAGLIANO, JOHN STAGLIANO, INC.,    )
and EVIL ANGEL PRODUCTIONS, INC.,    )
    )
    Defendants.    )
    )

## ORDER GRANTING MOTION TO ADMIT
## H. LOUIS SIRKIN, ESQ. *PRO HAC VICE*

IT IS HEREBY ORDERED that the Motion to Admit H. Louis Sirkin, Esq. *Pro Hac Vice*

is granted.


Dated: _____

_____
United States District Court Judge