**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | **Criminal No. 08-093 RJL** |
| JOHN STAGLIANO, JOHN STAGLIANO, INC., and EVIL ANGEL PRODUCTIONS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION TO ADMIT ROGER W. WILCOX, JR., ESQ. *PRO HAC VICE***

The undersigned, Robert Corn-Revere, an attorney admitted to the Bar of this Court and in good standing, respectfully moves pursuant LCrR 44.1(d) for the admission of Roger W. Wilcox, Jr., *pro hac vice*, as counsel for Defendant Evil Angel Productions, Inc. in this proceeding. As grounds therefor, movant states:

1. Mr. Wilcox is a member in good standing of the Bar of the State of New York. He is also admitted to practice before the United States Court of Appeals for the Second, Fifth, Tenth, and District of Columbia Circuits, and the United States District Court for the Northern and Western Districts of New York.

2. Mr. Wilcox is an experienced attorney and litigator, and he is a chosen representative of Evil Angel Productions, Inc.

3. Mr. Wilcox is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association.

4. Movant is satisfied that Mr. Wilcox possesses the character and skills required of a member of the Bar of this Court.

5.     In support of this Motion, attached is the Verified Application of Roger W. Wilcox, Jr., Esq. in compliance with LCrR 44.1(d).

WHEREFORE, Movant requests admission of Roger W. Wilcox, Jr., Esq. *pro hac vice* as representative of Defendants in this proceeding.

Dated:  April 24, 2008

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP

        _____/s/ Robert Corn-Revere_____
        Robert Corn-Revere (DC Bar No. 375415)
        1919 Pennsylvania Ave., N.W., Suite 200
        Washington, D.C.  20006
        (202) 973-4200

        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of April, 2008, copies of the foregoing MOTION TO ADMIT ROGER W. WILCOX, JR., ESQ. *PRO HAC VICE,* Verified Application of Roger W. Wilcox, Jr., and proposed Order were served upon the following via the Court's ECF system:

    Pamela Satterfield
    United States Department of Justice
    1301 New York Avenue
    Suite 560
    Washington, DC  20530

                                              /s/
                                         Robert Corn-Revere

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

        *Plaintiff,*

v.                                      Criminal No. 08-093RJL

JOHN STAGLIANO,
JOHN STAGLIANO, INC.
EVIL ANGEL PRODUCTIONS, INC.,

        *Defendants.*

---

### VERIFIED APPLICATION FOR ADMISSION PRO HAC VICE

Comes now ROGER W. WILCOX, JR., Petitioner respectfully represents to the Court:

    1.    That Petitioner has been retained by the defendant in this action, Evil Angel Productions to provide legal representation in connection with the above-entitled case now pending before this Court.

    2.    That Petitioner is special counsel at the law firm of Lipsitz Green Scime Cambria LLP, with offices at 42 Delaware Avenue, Suite 120, Buffalo, New York 14202, (716) 849-1333, email address is rwilcox@lglaw.com

    3.    That since 1989, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York where Petitioner regularly practices law.

    4.    That Petitioner is admitted to practice before the following courts:

| COURTS ADMITTED TO PRACTICE | DATE ADMITTED |
|---|---|
| Second Circuit Court of Appeals | June 19, 1992 |

| | |
|---|---|
| Fifth Circuit Court of Appeals | November 23, 2004 |
| Tenth Circuit Court of Appeals | February 15, 2006 |
| United States District Court for the Northern District of New York | December 4, 2001 |
| United States District Court for the Western District of New York | December 4, 1990 |
| United States Court of Appeals District of Columbia Circuit | April 15, 2003 |

5.  I am a member in good standing of each of the above bars.

6.  I have not been the subject of prior discipline, including but not limited to suspension or disbarment, in any jurisdiction.

7.  No disciplinary action or investigation is currently pending against me in any jurisdiction.

8.  Within the preceding two years, I have not been admitted pro hac vice in the United States District Court for the District of Columbia.

9.  That Petitioner is not a member of the District of Columbia Bar and does not engage in the practice of law from an office located in the District of Columbia.

10. That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

I, the undersigned, swear or affirm that all of the above information is true and correct to the best of knowledge.

Respectfully submitted,

By: _____

Roger W. Wilcox, Jr.

42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Tel: 716-849-1333
E-mail: rwilcox@lglaw.com

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>JOHN STAGLIANO, JOHN STAGLIANO, INC.,<br>and EVIL ANGEL PRODUCTIONS, INC.,<br><br>       Defendants. | Criminal No. 08-093 RJL |

ORDER GRANTING MOTION TO ADMIT
ROGER W. WILCOX, JR., ESQ. *PRO HAC VICE*

IT IS HEREBY ORDERED that the Motion to Admit Roger W. Wilcox, Jr., Esq. *Pro Hac Vice* is granted.

Dated: _____          _____
                                                                              United States District Court Judge