UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

**FILED**

MAY 13 2008

Clerk, U.S. District and
Bankruptcy Courts

---

United States of America,

Plaintiff,

vs.

JOHN STAGLIANO, JOHN STAGLIANO, INC., and EVIL ANGEL PRODUCTIONS, INC.,

Defendants

CASE NO.: Criminal 08-093 RJL

### Proposed Order

IT IS HEREBY ORDERED that the Motion that Allan B. Gelbard, Esq. be permitted to appear Pro-Hac Vice in this action is Granted.

Dated 4/21/08

_____
Hr. Richard J. Leon
United States District Court Judge

3