ALLAN B. GELBARD, ESQ.
THE LAW OFFICES OF ALLAN B. GELBARD
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
Tel:(818)386-9200
Fax:(818)386-9289
Bar # 184971

Attorney for Defendant
John Stagliano, Inc.

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN STAGLIANO, JOHN STAGLIANO, INC., and EVIL ANGEL PRODUCTIONS, INC.,<br><br>  Defendants | **CASE NO: Criminal 08-093 RJL**<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

PLEASE TAKE NOTICE: that Allan B. Gelbard, Esq., counsel for defendant John Stagliano in the above entitled action, will be unavailable from July 9 through July14, 2008, from July 23 through 25, 2008, and from August 21 through September 3, 2008.

Dated this 9th day of June, 2008

THE LAW OFFICES OF ALLAN B. GELBARD

 s/Allan B. Gelbard, Esq.
Allan B. Gelbard, Esq.
Attorney for Defendant John Stagliano

CR 08-093 RJL - United States v. Stagliano, et al.
-1-    Notice of Unavailability of Counsel

# CERTIFICATE OF SERVICE

__X__ I hereby certify that on 6/9/08 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Pamela Satterfield
United States Department of Justice
1301 New York Ave., Suite 560
Washington, DC 20530

Jennifer M. Kinsley, Esq.
SIRKIN, PINALES & SCHWARTZ LLP
105 West 4th Street, Ste. #920
Cincinnati, OH     45202

H. Louis Sirkin, Esq.
SIRKIN, PINALES & SCHWARTZ LLP
105 West 4th Street, Ste. #920
Cincinnati, OH     45202

Paul J. Cambria, Jr, Esq.
LIPSITZ, GREEN, SCIME & CAMBRIA, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202-3901

                                      s/Allan B. Gelbard
                                      Allan B. Gelbard, Esq

**ALLAN B. GELBARD, ESQ.**
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289