UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.   1:08-CR-00093-RJL |
| JOHN STAGLIANO, et al. | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF CORPORATE RESOLUTION

Defendant John Stagliano, Inc. submits the attached corporate resolution permitting the corporation to appear before this Court for purposes of the above-captioned case by and through its counsel, H. Louis Sirkin and Jennifer M. Kinsley.

Dated:  June 25, 2008

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP


       /s/ Robert Corn-Revere
Robert Corn-Revere (DC Bar No. 375415)
1919 Pennsylvania Ave., N.W., Suite 200
Washington, D.C.  20006
Telephone: (202) 973-4200


H. Louis Sirkin (Ohio Bar No. 0024573)
Jennifer M. Kinsley (Ohio Bar No.  0071629)
(pro hac vice)
Sirkin, Pinales & Schwartz LLP
105 West Fourth Street, Suite 920
Cincinnati, Ohio 45202
Telephone: (513) 721-4876
Telecopier: (513) 721-0876

Counsel for Defendant John Stagliano, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June, 2008, copies of the foregoing documents were served upon the following via the Court's ECF system:

>Pamela Satterfield
>United States Department of Justice
>1301 New York Avenue
>Suite 560
>Washington, DC  20530

>>/s/ Robert Corn-Revere
>>Robert Corn-Revere

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __LOS ANGELES__ }

On __JUNE 24, 2008__ before me, __G. PARHAM NOTARY PUBLIC__,
     Date                                          Here Insert Name and Title of the Officer

personally appeared __JOHN STAGLIANO__
                                      Name(s) of Signer(s)

,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _G. Parham_
                            Signature of Notary Public

Place Notary Seal Above

[Notary stamp: G. PARHAM, Commission # 1589441, Notary Public - California, Los Angeles County, My Comm. Expires Jun 24, 2009]

———————————— **OPTIONAL** ————————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

Corporate Resolution for Legal Representation

Whereas; John Stagliano, Inc. has been indicted as a co-defendant in United States v. John Stagliano, et al in the United States District Court for the District of Columbia, Case 08-093 RJL; and,

Whereas; John Stagliano, Inc. has retained II. Louis Sirkin and Jennifer Kinsley of the law firm Sirkin, Pinales, Mezibov & Schwartz and wishes to appear through said counsel in the above entitled action.

Therefor; BE IT RESOLVED AND APPROVED BY UNANIMOUS CONSENT of the board of directors of John Stagliano, Inc. that H. Louis Sirkin and Jennifer Kinsley of the law firm Sirkin, Pinales, Mezibov & Schwartz are authorised to appear on behalf of John Stagliano, Inc., to enter a plea of NOT GUILTY, and to represent John Stagliano, Inc. throughout the above entitled action.

Dated: 6/24/08           By: _____
                              John Stagliano
                              President, John Stagliano, Inc.

Seal: