# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _LOS ANGELES_ }

On _JUNE 24, 2008_ before me, _G. PARHAM, NOTARY PUBLIC_,
      Date                                         Here Insert Name and Title of the Officer

personally appeared _JOHN STAGLIANO_
                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _G. Parham_
                       Signature of Notary Public

[Notary Stamp: G. PARHAM, Commission # 1589441, Notary Public - California, Los Angeles County, My Comm. Expires Jun 24, 2009]

Place Notary Seal Above

--- **OPTIONAL** ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave, P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder Call Toll-Free 1-800-876-6827

*Corporate Resolution for Legal Representation*

    *Whereas; Evil Angel Productions, Inc. has been indicted as a co-defendant in United States v. John Stagliano, et al in the United States District Court for the District of Columbia, Case 08-093 RJL; and,*

    *Whereas; Evil Angel Productions, Inc. has retained Paul J. Cambria, Jr. and Roger Wilcox of the law firm Lipsitz, Green, Scime & Cambria, LLP and wishes to appear through said counsel in the above entitled action.*

    *Therefor; BE IT RESOLVED AND APPROVED BY UNANIMOUS CONSENT of the board of directors of Evil Angel Productions, Inc. that Paul J. Cambria, Jr. and Roger Wilcox of the law firm Lipsitz, Green, Scime & Cambria, LLP are authorised to appear on behalf of Evil Angel Productions, Inc., to enter a plea of NOT GUILTY, and to represent Evil Angel Productions, Inc. throughout the above entitled action.*

*Dated:* 6/24/08

*By:* [signature]
*John Stagliano President,*
*Evil Angel Productions, Inc.*

*Seal:*

*Leave of file Granted* RJL



# Lipsitz Green Scime Cambria LLP

Attorneys at Law   42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924   P 716 849 1333   F 716 855 1580 (Not for Service)   www.lglaw.com

Paul J Cambria, Jr [3]
James T Scime
Herbert L Greenman
Patrick C O'Reilly
Michael Schiavone
Laraine Kelley
William M Feigenbaum
Joseph J Gumkowski
Richard P Weisbeck, Jr
Mark L Stulmaker
Barry Nelson Covert
Christopher S Mattingly
Robert L Boreanaz
Thomas M Mercure
John A Collins
George E Riedel, Jr [2]
Michael P Stuermer [3]
Jeffrey F Reina
Sharon M Heim
Cherie L Peterson
Paul J Cieslik
Joseph T Kremer
Michael R Weremblewski
Gregory P Krull
Michele A Smith
Bridget M O'Connell
Michael S Deal [6]
Joseph J Manna
Philip Scaffidi
Amy L Andrus
Robert E Ziske
Kevin W Hourihan
A Nicholas Falkides [4,5]
Thomas C Burnham
William P Moore
David C Zimmerman [7]
Karen B Feger
Patrick B Shanahan
Bethany A Solek
Jonathan W Brown [3]
Amanda M Warner
Laura A Myers
Teresa A Bailey
John M Lichtenthal
Sarah R Ranni
Racheal C Irizarry [2]

**OF COUNSEL**
Richard Lipsitz
Carl A Green
Raymond F Roll, Jr
Herald Price Fahringer
Eugene W Salisbury [1]

**SPECIAL COUNSEL**
James W Kirkpatrick
Roger W Wilcox, Jr
Denis A Scinta
David G Henry
Richard D Furlong
Scott M Schwartz
John P Hains [2]

**LICENSED WORKERS' COMPENSATION REPRESENTATIVE**
Keith T Williams
Patricia N Lyman

Seymour L Schuller
1951-1988

Evan E James
1955-1989

[1] Also admitted in District of Columbia
[2] Also admitted in Florida
[3] Also admitted in California
[4] Also admitted in New Jersey
[5] Also admitted in Pennsylvania
[6] Also admitted in Ohio
[7] Also admitted in Illinois

June 26, 2008

**FILED**
**JUN 27 2008**
Clerk, U.S. District and Bankruptcy Courts

Clerk of Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, New York 20001

Re:   <u>United States of America vs. John Stagliano, et al.,</u> United States District Court for the District of Columbia, Case No.: 08-093-RJL

Dear Clerk of Court:

Please find enclosed for filing a Corporate Resolution for Legal Representation and an Acknowledgement in regard to the above referenced case.

Thank you for your cooperation in this regard.

Very truly yours,

Lipsitz Green Scime Cambria LLP

Roger W. Wilcox, Jr.
RWW/js

Writer's Extension: 446
Writer's Fax: (716) 849-1333
E-Mail: rwilcox@lglaw.com