UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 1:08-CR-00093-RJL |
| v. | : | Judge Leon |
| JOHN STAGLIANO, et al. | : | |
| Defendants. | : | |

**DEFENDANT JOHN STAGLIANO, INC.'S
MOTION TO ADOPT MOTIONS FILED
BY CO-DEFENDANTS**

Comes now Defendant, John Stagliano, Inc. ("JS Inc."), by and through the undersigned counsel, and hereby adopts any and all motions filed by co-Defendants John Stagliano and Evil Angel Productions, Inc. to the extent those motions apply to JS Inc.

Respectfully submitted,

　/s/ Robert Corn-Revere
Robert Corn-Revere (D.C. Bar No. 375415)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-3402
Telephone: (202) 973-4200
Telecopier: (202) 973-4499

H. Louis Sirkin (Ohio Bar No. 0024573)
Jennifer M. Kinsley (Ohio Bar No. 0071629)
Sirkin, Pinales & Schwartz LLP
105 West Fourth Street, Suite 920
Cincinnati, Ohio 45202
Telephone: (513) 721-4876
Counsel for Defendant John Stagliano, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing notification system upon Pamela Satterfield, U.S. Department of Justice, on the 31st day of July, 2008.

    /s/ Robert Corn-Revere
Robert Corn-Revere
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-3402
Telephone: (202) 973-4200
Telecopier: (202) 973-4499

Counsel for Defendant John Stagliano, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 1:08-CR-00093-RJL |
| v. | : | Judge Leon |
| JOHN STAGLIANO, et al. | : | |
| Defendants. | : | |

**PROPOSED ORDER GRANTING
DEFENDANT JOHN STAGLIANO, INC. S
MOTION TO ADOPT MOTIONS FILED
BY CO-DEFENDANTS**

For good cause shown, Defendant John Stagliano Inc.'s Motion to Adopt Motions Filed by Co-Defendants, is hereby granted.

IT IS HEREBY ORDERED.

 

Judge Richard J. Leon
United States District Court for the District of Columbia

To be served upon:

Pamela Satterfield
U.S. Department of Justice
Obscenity Prosecution Task Force
1301 New York Avenue, NW
Suite 500
Washington, DC 20530

Robert Corn-Revere
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW
Suite 200, Washington, DC 20006-3402

H. Louis Sirkin
Jennifer M. Kinsley
Sirkin, Pinales & Schwartz LLP
105 W. Fourth Street, Suite 920
Cincinnati, OH 45202

Paul Cambria
42 Delaware Avenue, Suite 300
Buffalo, NY 14202-3901

Allan Gelbard
15760 Ventura Boulevard, Suite 801
Encino, CA 91436